United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SELVIN DANIEL ESTUARDO MUNOZ LEAL, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-06072 |
| PAMELA BONDI, *et al.*, | § § § | |
| Respondents. | § § § | |

## ORDER FOR A STATUS REPORT

At the time he filed this petition under 28 U.S.C. § 2241 challenging his continued detention, Selvin Daniel Estuardo Munoz Leal was a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Montgomery Processing Center in Conroe, Texas. A preliminary search of the ICE Online Detainee Locator System reflects that he is not in custody. Therefore, within **ten (10) days** of the entry of this Order, the parties shall file an advisory regarding the status of this case.

**SO ORDERED**.

SIGNED on this ____6th____ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1