United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SELVIN DANIEL ESTUARDO MUNOZ LEAL, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06072 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

## ORDER

Pending are Petitioner's Motion for Leave to Amend (Doc. No. 18) and Motion for a Temporary Restraining Order ("TRO") (Doc. No. 20). Respondents have not responded to the Motion to Amend, and their time to so do has passed. Having carefully considered the motions, the Court **GRANTS** the Motion to Amend and **ORDERS** Respondents to file a response to the Motion for a TRO (Doc. No. 20) by **June 1, 2026**. The 5-day notice provision from the Court's December 29 Order, (Doc. No. 5), remains in effect.

**IT IS SO ORDERED.**

Signed this 27th day of May 2026.

Andrew S. Hanen
United States District Judge