United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SELVIN DANIEL ESTUARDO MUNOZ LEAL, | § § § § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06072 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § § | |

## <u>ORDER FOR SUPPLEMENTAL BRIEFING AND EXPEDITED RESPONSES</u>

Petitioner has filed an emergency response regarding Respondents' notice that his removal is imminent. Petitioner's Amended Petition claims that he has been granted U-visa waitlist status and that his deferred action has not been revoked or is being revoked without due process. The Central District of California recently certified a class regarding deferred action for noncitizens on the U-visa waiting list and the due process issues arising from revocation of that deferred action in the context of removal. *See Immigration Center for Women and Children, et al. v. Noem, et al.*, Civ. No. 2:25-cv-09848-AB-AS (C.D. Cal. May 20, 2026), at Doc. No. 57.

For the Court to give due consideration to the issues raised by petitioner in his recent filing (Doc. No. 24) and in his amended petition (Doc. No. 18-1), the Court **ORDERS** that the Respondents shall respond regarding the effect, if any, of the California class action on this case. Any response shall also address whether the Petitioner has been granted deferred action based on the approval and placement on the waiting list for a U-visa, and what effect

1 / 2

that deferred action has on his impending removal and ongoing detention. *See, e.g., Benitez v. Wilkinson*, 987 F.3d 46 (1st Cir. 2021); *Guerra Rocha v. Barr*, 951 F.3d 848 (7th Cir. 2020).

Petitioner, for his part, shall file an advisory stating whether he filed any motion for a continuance with the BIA regarding consideration of his U-visa waitlist status. *See Benitez* and *Guerra Rocha, supra*. Petitioner shall also state whether he has appealed the BIA determination on his motion for continuance (if such was filed) to the Fifth Circuit and whether this Court has jurisdiction over this issue if that relief is available. The parties shall respond by **June 15, 2026, at 5 pm**.

The parties shall maintain the status quo until the Court decides the issue regarding the Petitioner's U-visa waiting list status. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947).

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____5_____ day of June 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2