United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SELVIN DANIEL ESTUARDO MUNOZ LEAL, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-06072 |
| PAMELA BONDI, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Based on the parties' representations that Petitioner has been released from custody

and that this case may be closed, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice.

2. All other pending motions, if any, are **DENIED as MOOT**.

3. This case is **CLOSED**.

SIGNED on this _____3rd_____ day of July August 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1